## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

ALEXANDER MCNEIL,

Petitioner.

.

Case No.:

**PETITION FOR DECLARATORY JUDGMENT AND PROTECTION UNDER FEDERAL HUMAN TRAFFICKING LAWS**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE:**

COMES NOW, Alexander McNeil, Petitioner pro se, and respectfully petitions this Court for a declaratory judgment recognizing him as a victim of human trafficking under applicable federal law, and for protection and relief pursuant thereto. In support of this Petition, Petitioner states as follows:

## I. INTRODUCTION

This Petition seeks a judicial declaration that Petitioner Alexander McNeil is a victim of human trafficking as defined by federal law, specifically under the Trafficking Victims Protection Act (TVPA), 22 U.S.C. § 7101 et seq.

This recognition is necessary for Petitioner to secure appropriate protections and relief available to victims of human trafficking, including protection from further harm by federal and state agencies and access to vital support services.

Petitioner was a victim of human trafficking from the age of 16 until 21, enduring severe forms of sexual abuse and coercion. Petitioner escaped from his trafficker but continues to face grave danger due to the failure of agencies to provide necessary protections.

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as this case arises under federal law, including the TVPA and related statutes.

Venue is proper in the District of Maine pursuant to 28 U.S.C. § 1391(b), as Petitioner is a citizen of the state, and a substantial part of the events or omissions giving rise to this Petition occurred within this judicial district.

## III. STATEMENT OF FACTS

The petitioner has endured conditions consistent with those described as human trafficking under 22 U.S.C. § 7102(11), including forced labor, coercion, and exploitation.

Despite escaping the traffickers, Petitioner remains at risk due to the failure of federal and state agencies to uniformly recognize his status as a trafficking victim and provide the legally mandated protections and services.

## IV. LEGAL GROUNDS

The TVPA establishes comprehensive measures to combat human trafficking and provides for the protection of victims. See 22 U.S.C. § 7101 et seq.

Section 107(b) of the TVPA mandates that victims of severe forms of trafficking in persons shall receive access to necessary services and protections, including legal protections to prevent further victimization.

Pursuant to 22 U.S.C. § 7105(b)(1)(E), victims are entitled to legal aid and federal protections that include access to health care, housing, and legal services.

This Court has the authority to issue a declaratory judgment under 28 U.S.C. § 2201 to resolve the controversy surrounding Petitioner's victim status and entitlement to protections under federal law.

## V. PRAYER FOR RELIEF

WHEREFORE, Petitioner Alexander McNeil respectfully prays that this Court:

Declare that Petitioner is a victim of human trafficking as defined by the Trafficking Victims Protection Act and related federal laws;

Order all federal and state agencies to recognize Petitioner's status as a human trafficking victim and provide [him/her/them] the protections afforded under the TVPA;

Enjoin any actions by federal or state agencies that would harm or contradict the protections owed to Petitioner as a recognized victim of human trafficking;

Grant any further relief the Court deems just and proper.


Respectfully submitted,

Date: 03/16/2025

/S/Alexander McNeil

Petitioner pro se