UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: ALEXANDER MCNEIL | ) ) ) ) ) ) ) ) ) | 2:25-mc-00150-SDN |

### ORDER

On April 4, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint after preliminary review. ECF No. 5; *see* 28 U.S.C. § 1915(e)(2)(B).

The time within which to file objections expired on April 18, 2025, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 6. Plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 13th day of May, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**